UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>    v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00026-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS LEFLORE AND JOHNSON TO SHOW CAUSE WHY EXPENSE OF PERSONAL SERVICE SHOULD NOT BE TAXED AGAINST THEM<br><br>[ECF Nos. 22, 23, 24] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Pending before the Court is a request by the United States Marshals Service for reimbursement of the expenses incurred in effecting personal service on Defendants Leflore and Johnson, filed on February 11, 2016.  (Doc. 22.)

Pursuant to the Federal Rules of Civil Procedure, individuals have "a duty to avoid unnecessary expenses of serving the summons."  Fed. R. Civ. P. 4(d)(1).  "If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant . . . the expense later incurred in making service. . . . "  Fed. R. Civ. P. 4(d)(2)(A).

Based on the information provided by the Marshals Service, attempts were made to obtain a waiver of service of the summonses from Defendants Jean Leflore and Stacey Johnson on July 28,

1

2015. (Docs. 23, 24.) On January 25, 2016, the Marshal effected personal service on both Defendants, incurring an expense of $73.00 for Defendant Jean Leflore and $74.08 for Defendant Stacey Johnson. (Id.)

Accordingly, it is HEREBY ORDERED that:

1. Defendants Leflore and Johnson have **fifteen (15) days** from the date of this order within which to show good cause for failing to waive service; and

2. If Defendants Leflore and/or Johnson either (1) fails to respond to this order or (2) responds but fails to show good cause, he will be required to reimburse the United States Marshals Service the for the total expense incurred in effecting personal service.

IT IS SO ORDERED.

Dated: **February 12, 2016**

UNITED STATES MAGISTRATE JUDGE