UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>    v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER AS TO WHY ENTRY OF DEFAULT SHOULD NOT BE ENTERED AS TO DEFENDANT DUMONT<br><br>[ECF Nos. 23, 24] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Stacey Johnson, Jean Leflore, and Cindy Hebron for retaliation in violation of the First Amendment, and against Defendants Johnson and Leflore for cruel and unusual punishment in violation of the Eighth Amendment.

Despite being personally served with the summons and complaint on February 4, 2016, Defendants Johnson and Leflore have not filed a response to Plaintiff's complaint. (ECF No. 16.)

Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

///

///

1

On this record it appears that entry of default is appropriate. Accordingly, within thirty (30) days from the date of service of this order, Plaintiff shall indicate whether entry of default as to Defendants Jean Leflore and Stacey Johnson is appropriate.

IT IS SO ORDERED.

Dated:   **March 11, 2016**

UNITED STATES MAGISTRATE JUDGE