UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>         Plaintiff,<br><br>    v.<br><br>STACEY JOHNSON, et al.,<br><br>         Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANT HEBRON'S MOTION TO DISMISS, AND DIRECTING DEFENDANT HEBRON TO FILE AN ANSWER TO THE COMPLAINT WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF Nos. 14, 28] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 14, 2016, the Magistrate Judge filed a Findings and Recommendation recommending that Defendant Hebron's motion to dismiss be denied. The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on March 14, 2016, is adopted in full; and
2. Defendant Hebron's motion to dismiss is DENIED; and
3. Defendant Hebron shall file an answer to the complaint within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 27, 2016**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE