UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>    v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER VACATING MOTION HEARING DATE OF JUNE 21, 2016, AT 8:30 A.M.<br><br>[Doc. No. 34] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 5, 2016, the Clerk of Court entered default as to Defendants Stacey Johnson and Jean LeFlore.

On May 11, 2016, Defendants Johnson and LeFlore, by and through a special appearance by counsel Alec H. Boyd, filed a motion to vacate the entry of default and to dismiss or quash the complaint based on insufficient service of process, and set the motion for hearing before the undersigned on June 21, 2016, at 8:30 a.m.. (Doc. No. 34.)

///

///

///

///

1

At the time Plaintiff filed the instant action, he was imprisoned and Local Rule 230(*l*) controls the filing and disposition of motions in this action.  Pursuant to Local Rule 230(*l*), all motions need not be noticed on the motion calendar unless other ordered by the Court.  Accordingly, the motion hearing date of June 21, 2016, is HEREBY VACATED from the calendar.

IT IS SO ORDERED.

Dated:   **May 11, 2016**                              /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE