UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>                    Plaintiff,<br><br>         v.<br><br>STACEY JOHNSON, et al.,<br><br>                    Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, VACATING THE ENTRY OF DEFAULT AS TO THE DEFENDANTS<br><br>[ECF Nos. 34, 47] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On August 22, 2016, the Magistrate Judge filed a Findings and Recommendations which were served on the parties and contained notice that objections were to be filed within thirty days.  After thirty days have passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The entry of default as to Defendants Stacey Johnson and Jean LeFlore is VACATED;
2. Defendant Johnson and LeFlore's motion to dismiss the complaint for insufficient service or process is DENIED;
3. Defendant Johnson and LeFlore's motion to quash service of the summons and complaint is GRANTED;
4. Plaintiff is granted additional time to properly serve Defendants in accordance with Federal Rules of Civil Procedure 4 and, if applicable, California law; and
5. The matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 29, 2016**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE