1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   JEFFREY P. PERROTTE,                   )   Case No.: 1:15-cv-00026-LJO-SAB (PC)
                                            )
12                    Plaintiff,            )
                                            )   ORDER GRANTING PLAINTIFF THIRTY
13          v.                              )   DAYS FROM THE DATE OF SERVICE OF
                                            )   THIS ORDER TO FILE AN OPPOSITION TO
14   STACEY JOHNSON, et al.,                )   DEFENDANT HEBRON'S MOTION FOR
                                            )   SUMMARY JUDGMENT
15                    Defendants.           )
                                            )   [ECF No. 48]
16   _____       )

17          Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          On August 22, 2016, Plaintiff filed a motion for an extension of time to file an opposition to

20   Defendants Johnson and LeFlore's motion to vacate the entry of default and an opposition to

21   Defendant Hebron's pending motion for summary judgment.  (ECF No. 48.)

22          On August 24, 2016, the Court denied Plaintiff's motion for an extension of time as the Court

23   had previously issued Findings and Recommendations regarding Defendants' motion to vacate the

24   entry of default after it was deemed submitted to the Court for review.  Upon further review of the

25   record, the Court neglected to consider Plaintiff's request for an extension of time to file an opposition

26   to Defendant Hebron's motion for summary judgment.

27   ///

28   ///

                                                    1

Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition to Defendant Hebron's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **October 11, 2016**

UNITED STATES MAGISTRATE JUDGE