# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>  Plaintiff,<br><br>  v.<br><br>STACEY JOHNSON, et al.,<br><br>  Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY DEFENDANTS STACEY JOHNSON AND JEAN LEFLORE SHOULD NOT BE DISMISSED<br><br>[ECF No. 52] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 30, 2016, the Court issued an order sending Plaintiff the service of process forms for completion and return for service of Defendants Stacey Johnson and Jean LeFlore by the United States Marshal.  Over thirty days have passed and Plaintiff has failed to comply and/or respond to the Court's order.  Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of service of this order, Plaintiff shall show cause why Defendants Johnson and LeFlore should not be dismissed, without prejudice.  Failure to respond to this order will result in dismissal of Defendants Johnson and LeFlore.

IT IS SO ORDERED.

Dated:  **November 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1