# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STACEY JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED NOVEMBER 14, 2016<br><br>[ECF Nos. 54, 57] |

　　　　Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 14, 2016, the Court issued an order to show cause Defendants Stacey Johnson and Jean LeFlore should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), namely, failure to submit the service of process documents.

　　　　Inasmuch as Plaintiff submitted the service of process documents on November 30, 2016, the Court's November 14, 2016, order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 5, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1