# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT HEBRON'S REQUEST TO VACATE THE CURRENT DISCOVERY AND SCHEDULING ORDER TO REISSUANCE, IF NECESSARY, AFTER RESOLUTION OF THE PENDING EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 67] |

    Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendant Hebron's request to vacate the current discovery and scheduling order, filed January 5, 2017.

    Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant Hebron's request to vacate the current discovery and scheduling order is granted, and the Court will issue, if necessary, a modified discovery and scheduling order after resolution of the pending motion exhaustion-related for summary judgment.

IT IS SO ORDERED.

Dated: **January 6, 2017**

                                          UNITED STATES MAGISTRATE JUDGE

1