UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STACEY JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT HEBRON'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING DEFENDANT HEBRON, WITHOUT PREJUDICE<br><br>[ECF Nos. 45, 70] |

　　　　Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 18, 2017, the Magistrate Judge filed a Findings and Recommendations recommending that Defendant Hebron's motion for summary judgment be granted, and Defendant Hebron be dismissed from the action, without prejudice. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. Over thirty days have passed and no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 18, 2017, are adopted in full;
2. Defendant Hebron's motion for summary judgment is granted; and
3. Defendant Hebron is dismissed, without prejudice.

IT IS SO ORDERED.

Dated: **February 28, 2017**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE