# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF AS MOOT, AND GRANTING MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 91] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for leave to depose Plaintiff and extend the discovery and dispositive motion deadlines, filed August 23, 2017. Plaintiff did not file an opposition.

**I.**

**DISCUSSION**

This action is proceeding against Defendants Stacey Johnson and Jean LeFlore for retaliation and cruel and unusual punishment.

On February 6, 2017, Defendants filed an answer to the complaint. On February 7, 2017, the Court issued the discovery and scheduling order setting the discovery deadline of October 7, 2017, and the dispositive motion deadline of December 18, 2017. (ECF No. 76.)

1

1      Defendants now seek leave of court to depose Plaintiff who is presently incarcerated. However, the Court's February 7, 2017, discovery and scheduling order stated, in relevant part, "[p]ursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendant may depose Plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a deposition, Defendant serves all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1)." (ECF No. 76, Order at 2:4-6.) Accordingly, Defendants' request to depose Plaintiff shall be denied as moot.

     Defendants also request that the Court extend the discovery and dispositive motion deadline because Plaintiff was granted an extension of time to file an opposition to their pending motion for summary judgment based on the failure to exhaust the administrative remedies. Good cause having been presented to the Court, the Court will extend the discovery and dispositive motions deadlines.

     Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to depose Plaintiff is denied as moot;
2. The discovery deadline is extended to January 5, 2018; and
3. The dispositive motion deadline is extended to March 18, 2018.

IT IS SO ORDERED.

Dated:   **September 19, 2017**

UNITED STATES MAGISTRATE JUDGE