# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 104] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed November 14, 2017. Defendants submit that Plaintiff does not oppose the instant motion.

Good cause having been presented to the Court, it is HEREBY ORDERED that the discovery and disposition motions deadline are extended to March 16, 2017 and May 28, 2018, respectively.

IT IS SO ORDERED.

Dated: __November 15, 2017__

UNITED STATES MAGISTRATE JUDGE

1