# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>Plaintiff,<br><br>v.<br><br>STACEY JOHNSON, et al.,<br><br>Defendants. | Case No. 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 151] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' unopposed motion to extend the discovery and dispositive motions deadlines, filed June 26, 2018.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants' motion to extend the discovery and dispositive motions deadlines is granted. The discovery deadline is extended to October 15, 2018, and the dispositive motion deadline is extended to December 26, 2018.

IT IS SO ORDERED.

Dated: **June 27, 2018**

UNITED STATES MAGISTRATE JUDGE