# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES<br><br>[ECF No. 160] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 21, 2018, Defendants filed motion to extend the discovery and dispositive motion deadlines. (ECF No. 160.) Defendants submit that Plaintiff does not oppose the request. (ECF No. 165.)

The Court finds good cause to grant Defendants' unopposed request. Fed. R. Civ. P. 16(b)(4). However, rather than extend the deadlines for 180 days, the Court will extend the discovery deadline ninety-days and the dispositive motion deadline sixty days thereafter, which will sufficiently allow for the pending matters to be resolved, while keeping this matter efficiently moving ahead towards resolution.

///

///

1

Accordingly, Defendants' motion is HEREBY GRANTED, in part. The discovery deadline is extended to January 14, 2019, and the dispositive motion deadline is extended to March 11, 2019.

IT IS SO ORDERED.

Dated: __**October 10, 2018**__

UNITED STATES MAGISTRATE JUDGE