# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff,<br><br>    v.<br><br>STACEY JOHNSON, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00026-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR STATUS OF MOTION FOR EXTENSION OF TIME, AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COURTESY COPY OF THE COURT'S JULY 11, 2019 ORDER<br><br>[ECF No. 192] |

Plaintiff Jeffrey P. Perrotte is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for the status of his motion for extension of time, filed August 7, 2019.

Plaintiff is advised that the Court granted, in part, his request for an extension of time to file an opposition on July 11, 2019, which was served at his address of record on this same date. Pursuant to the Court's order, Plaintiff's opposition is presently due on or before August 11, 2019. The Clerk of Court is HEREBY DIRECTED to send Plaintiff a courtesy copy of the Court's July 11, 2019 order (ECF No. 191).

IT IS SO ORDERED.

Dated: **August 9, 2019**

                                               UNITED STATES MAGISTRATE JUDGE