**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>Plaintiff,<br><br>v.<br><br>STACEY JOHNSON,<br><br>Defendant. | Case No. 1:15-cv-00026-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE TRIAL<br><br>(ECF No. 214)<br><br>**AMENDED SECOND SCHEDULING ORDER**<br><br>Telephonic Trial Confirmation Hearing: March 11, 2021, at 8:30 a.m. in Courtroom 4<br><br>Jury Trial: April 27, 2021, at 8:30 a.m. in Courtroom 4 |

Plaintiff Jeffrey P. Perrotte is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to continue the jury trial scheduled on September 1, 2020, filed on June 2, 2020. (ECF No. 214.) On June 3, 2020, Defendant Johnson filed a statement of non-opposition to Plaintiff's motion for a continuance. (ECF No. 215.)

On the basis of good cause, Plaintiff's motion to continue the jury trial currently scheduled for September 1, 2020 is granted, and the deadlines set forth in the December 16, 2019 second scheduling order are amended as follows:

1. This matter is set for telephonic trial confirmation hearing before a District Judge on March 11, 2021, at 8:30 a.m. in Courtroom 4;

2. This matter is set for jury trial before a District Judge on April 27, 2021, at 8:30 a.m. in Courtroom 4;

3. Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5680;

4. Plaintiff shall serve and file a pretrial statement as described in the December 16, 2019 second scheduling order on or before January 28, 2021;

5. Defendant shall serve and file a pretrial statement as described in the December 16, 2019 second scheduling order on or before February 11, 2021;

6. In addition to electronically filing their pretrial statement, Defendant shall e-mail the pretrial statement to: ljoorders@caed.uscourts.gov;

7. If Plaintiff intends to call incarcerated witnesses at time of trial, Plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in this order on or before December 28, 2020;

8. The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before January 11, 2021;

9. If Plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must notify the Court of their names and locations on or before November 30, 2020, and Plaintiff must submit the money orders, as described in subsection 4 of this order, to the Court on or before December 28, 2020;

10. The Clerk's Office shall send Plaintiff a copy of Local Rule 281; and

///
///
///
///
///
///

11. <u>All other provisions of the Court's December 16, 2019 second scheduling order remain in full effect</u>; and

12. In light of the current COVID-19 pandemic and this Court's lack of a District Judges, the parties are advised that they may consent to a United States Magistrate Judge conducting all proceedings, including trial and entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The Eastern District Magistrate Judges, all experienced former trial lawyers, use the same jury pool and same court facilities as United States District Court Judges. Since Magistrate Judges do not conduct felony trials, they have greater flexibility and schedule firm trial dates. Judgment entered by a United States Magistrate Judge is appealable directly to the United States Court of Appeal for the Ninth Circuit. (While there are scheduling benefits to consenting to Magistrate Judge jurisdiction, substantive rulings and decisions will not be affected by whether a party chooses to consent or not.)  As stated, in the Court's February 3, 2020 order, even in cases in which a trial date has been set, such trial dates will be subject to vacatur with little to no advance notice due to the anticipated press of proceedings related to criminal trials before this court, which have statutory priority over civil trials.

If the case results in full consent and the case does not settle the Court will amendable to issuing an order setting an earlier trial date should the parties wish.

IT IS SO ORDERED.

Dated:   **June 5, 2020**

_____
UNITED STATES MAGISTRATE JUDGE