UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>   Plaintiff,<br><br>   v.<br><br>STACEY JOHNSON,<br><br>   Defendant. | Case No. 1:15-cv-00026-NONE-SAB (PC)<br><br>ORDER REQUIRING ALL PARTIES TO APPEAR BY VIDEO AT SETTLEMENT CONFERENCE |

Plaintiff Jeffrey P. Perrotte is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before the undersigned on December 3, 2020, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.

In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear remotely by video via Zoom.

///

///

///

///

///

///

1

Counsel for Defendant shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **November 2, 2020**

UNITED STATES MAGISTRATE JUDGE