1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

11   JEFFREY P. PERROTTE,                           )   Case No. 1:15-cv-00026-NONE-SAB (PC)
                                                    )
12                      Plaintiff,                  )
                                                    )   ORDER APPROVING PARTIES' STIPULATION
13          v.                                      )   TO VACATE AND RESCHEDULE THE
                                                    )   MANDATORY SCHEDULING CONFERENCE
14   STACEY JOHNSON,                                )   AND TRIAL DATE
                                                    )
15                      Defendant.                  )   (ECF No. 231)
                                                    )
16   _____               )

17          Plaintiff Jeffrey P. Perrotte is appearing *in forma pauperis* in this civil rights action pursuant to

18   42 U.S.C. § 1983.

19          This case is currently set for jury trial on April 27, 2021, at 8:30 a.m. in Courtroom 4.

20          On December 2, 2020, counsel James A. Quarda filed a notice of appearance on behalf of

21   Plaintiff who was proceeding pro se.  (ECF No. 230.)  Plaintiff also filed a stipulation to vacate the

22   trial and mandatory settlement conference dates.  (ECF No. 231.)

23          Pursuant to the stipulation of the parties, it is HEREBY ORDERED that:

24          (1)  The mandatory settlement conference set for December 3, 2020, at 9:30 a.m. before

25               Magistrate Judge Barbara A. McAuliffe is VACATED;

26          (2)  The April 27, 2021 trial date, along with all other deadlines set forth in the June 5, 2020

27               amended scheduling order are VACATED; and

28   ///

1

1   (3)  A new scheduling order will issue in due course.

2

3 IT IS SO ORDERED.

4 Dated: **December 2, 2020**

5          UNITED STATES MAGISTRATE JUDGE