UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>            Plaintiff,<br><br>    v.<br><br>STACEY JOHNSON,<br><br>            Defendant. | Case No. 1:15-cv-00026-NONE-SAB (PC)<br><br>ORDER REGARDING COUNSEL'S NOTICE OF APPEARANCE<br><br>(ECF No. 230) |

      Plaintiff Jeffrey P. Perrotte is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On December 2, 2020, counsel James Quadra filed a notice of appearance in this action on behalf of Plaintiff. (ECF No. 230.) However, the notice of appearance is deficient to appear as counsel of record for Plaintiff in this action.

      When an attorney seeks to represent a pro per party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by both the attorney and the party. The substitution must be approved by the Court so the words "IT IS SO ORDERED," with spaces designated for the date and signature of the Judge, shall be affixed at the end of each Substitution of Attorneys.

///

///

Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, counsel shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g).

IT IS SO ORDERED.

Dated:   **December 3, 2020**

UNITED STATES MAGISTRATE JUDGE