UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STACEY JOHNSON,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00026-NONE-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE JAMES A. QUADRA AS PLAINTIFF'S COUNSEL<br><br>(ECF No. 230, 233) |

　　　　Plaintiff Jeffrey P. Perrotte is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 2, 2020, counsel James Quadra filed a notice of appearance in this action on behalf of Plaintiff. (ECF No. 230.) However, the notice of appearance was deficient to appear as counsel of record for Plaintiff in this action.

　　　　When an attorney seeks to represent a pro per party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by both the attorney and the party. Therefore, on December 3, 2020, the Court directed counsel to file a "Substitution of Attorneys" in accordance with Local Rule 182(g) within twenty (20) days from the date of service. (ECF No. 233.) The Court noted that if a Substitution of Attorneys is not filed, the Court will assume that Plaintiff continues in this action *pro se*. (Id.)

///

1

1   A "Substitution of Attorneys" has not been filed and the time to do so has expired.
2  Accordingly, it is HEREBY ORDERED that the Clerk of Court shall terminate counsel James A.
3  Quadra as counsel for Plaintiff in this action, and the docket shall reflect that Plaintiff is proceeding
4  *pro se*.

6  IT IS SO ORDERED.

7  Dated:   **January 25, 2021**

   UNITED STATES MAGISTRATE JUDGE