1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   JEFFREY P. PERROTTE,

12                    Plaintiff,

13         v.

14   STACEY JOHNSON,

15                    Defendant.

16   _____

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:15-cv-00026-NONE-SAB (PC)

ORDER SETTING **REMOTE** SETTLEMENT CONFERENCE ON APRIL 20, 2021, AND FURTHER STATUS CONFERENCE ON JUNE 29, 2021

17        Plaintiff Jeffrey P. Perrotte is appearing in this civil rights action pursuant to 42 U.S.C. § 1983.

18        The Court finds that this case will benefit from a settlement conference. Local Rule 270(a).

19   Therefore, this case will be referred to Magistrate Judge Barbara A. McAuliffe to conduct a

20   settlement conference on **April 20, 2021 at 1:30 p.m.**  In light of the coronavirus (COVID-19)

21   outbreak and evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via

22   the Zoom videoconferencing application.

23        The parties shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5799 or

24   evaldez@caed.uscourts.gov for the video information, including any necessary passcodes, for all

25   parties.  In addition, should Plaintiff return to state custody prior to the settlement conference,  the

26   parties shall advise the Court as soon as possible in order to issue the necessary writ of habeas corpus

27   ad testificandum and arrange for Plaintiff's participation by contacting the Litigation Coordinator at the

28   institution where Plaintiff is housed and providing the necessary Zoom contact information.

In accordance with the above, IT IS HEREBY ORDERED that:

1.    This case is be referred to Magistrate Judge Barbara A. McAuliffe to conduct a settlement conference on **April 20, 2021, at 1:30p.m.**

2.    A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.

3.    Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions.

4.    The parties shall provide a confidential settlement statement to the following email address: bamorders@**caed.uscourts.gov**.  Settlement statements shall arrive no later than **April 13, 2021.**  The parties shall also file a Notice of Submission of Confidential Settlement Statement (See Local Rule 270(d)).  Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**.  Settlement statements shall be clearly marked confidential with the date and time of the settlement conference indicated prominently thereon.

5.    The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

      a.    A brief statement of the facts of the case.

      b.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

      c.    An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

      d.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

      e.    A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

    f. If parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

  6.  The case is set for a further case management conference on **June 29, 2021, at 10:00 a.m.** before the undersigned, if necessary.

IT IS SO ORDERED.

Dated:  **February 25, 2021**

         UNITED STATES MAGISTRATE JUDGE

3