# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>  Plaintiff,<br><br>  v.<br><br>STACEY JOHNSON,<br><br>  Defendant. | Case No. 1:15-cv-00026-NONE-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN TWENTY DAYS |

Plaintiff Jeffrey P. Perrotte is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2021, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record. All dates were vacated and the Court retained jurisdiction for one year. Accordingly, it is HEREBY ORDERED that dispositional documents shall be filed within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 21, 2021**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1